James E. ZABLOSKY and Karen Zablosky, Plaintiffs–Appellants,

v.

MIDFIRST BANK and Midland Mortgage Co., Defendants–Appellees,

and

Secretary of Housing and Urban Development, Defendant–Appellee.

No. 2013–1626.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2013.

James E. Zablosky, Floresville, TX, pro se.

Karen Zablosky, Floresville, TX, pro se.

Mark D. Hopkins, Hopkins & Williams, PLLC, Shelley D. Hopkins, esq., Barrett Daffin Frappier Turner & Engel, LLP, Austin, TX, for Defendants–Appellees.

Zachary John Sullivan, Trial Attorney, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

Having received no objection to this court's November 25, 2013 order,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.